**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 23-6613**

_____

WILLIAM BAKER, formerly #251725 f/k/a William A. Baker,

            Plaintiff - Appellant,

        v.

DR. STACY SMITH; WARDEN WALLACE,

            Defendants - Appellees.

_____

Appeal from the United States District Court for the District of South Carolina, at Greenville.  Joseph Dawson, III, District Judge.  (6:22-cv-02073-JD-KFM)

_____

Submitted:  February 27, 2024                    Decided:  March 1, 2024

_____

Before WILKINSON, WYNN, and HARRIS, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

William A. Baker, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William Baker seeks to appeal the district court's order adopting the magistrate judge's report and recommendation in part and dismissing some of Baker's 42 U.S.C. § 1983 claims for failure to state a claim, but allowing Baker's remaining claim to proceed. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291, and certain interlocutory and collateral orders, 28 U.S.C. § 1292; Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949). The order Baker seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*